# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

My Pillow, Inc.,

      Plaintiff,

v.

ACI International,

      Defendant.

Case File No.  26-cv-570 (LMP/DLM)

**FOURTH UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT ACI INTERNATIONAL TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant ACI International ("Defendant"), by and through its undersigned counsel, respectfully moves the Court for an Order extending the time for the Defendant to answer or otherwise respond to Plaintiff My Pillow, Inc.'s Complaint (Dkt. No. 1) up to and including August 31, 2026. Plaintiff My Pillow, Inc. agreed to this extension and does not oppose this motion.

**FELHABER LARSON**

Dated: July 28, 2026

By: _____
    Christopher W. Boline (#393558)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
P: (612) 339-6321
F: (612) 338-0535
cboline@felhaber.com
*Attorneys for Defendant ACI International*

4793005.v1