# EXHIBIT 2

Judgment entered December 23, 2025 in the California Action

Electronically Received 10/27/2025 11:02 AM

JUD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: 240344
NAME: Michael Wallin
FIRM NAME: Wallin & Russell LLP
STREET ADDRESS: 26000 Towne Centre Drive Suite 130
CITY: Foothill Ranch STATE: CA ZIP CODE: 92610
TELEPHONE NO.: 949-652-2202 FAX NO.: 949-652-2210
EMAIL ADDRESS: mwallin@wallinrussell.com
ATTORNEY FOR (name): ACI International

FOR COURT USE ONLY

**FILED**
Superior Court of California
County of Los Angeles
**12/23/2025**
David W. Slayton, Executive Officer / Clerk of Court
By: P. Boyadzhyan Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: ACI International
DEFENDANT: MyPillow, Inc., et al.

**JUDGMENT**

☐ By Clerk ☐ By Default ☐ After Court Trial
☒ By Court ☐ On Stipulation ☐ Defendant Did Not Appear at Trial

CASE NUMBER: 25STCV24839

## JUDGMENT

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).
2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court ☐ the stipulation was stated on the record.
3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by
      ☐ plaintiff *(name each)*:
      (1)
      (2)
      ☐ plaintiff's attorney *(name each)*:
      (1)
      (2)
      ☐ Continued on Attachment 3b.
      ☐ defendant *(name each)*:
      (1)
      (2)
      ☐ defendant 's attorney *(name each)*:
      (1)
      (2)
      ☐ Continued on Attachment 3b.
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

JUD-100

| PLAINTIFF: ACI International<br>DEFENDANT: MyPillow, Inc., et al. | CASE NUMBER:<br>25STCV24839 |
|---|---|

**JUDGMENT IS ENTERED BY** [x] **THE COURT** [ ] **THE CLERK AS FOLLOWS:**

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [x] for plaintiff *(name each):*
ACI International, a California corporation

and against defendant *(names):*
My Pillow, Inc., a Minnesota corporation

[ ] Continued on Attachment 5a.

b. [ ] for defendant *(name each):*

c. [ ] for cross-complainant *(name each):*

and against cross-defendant *(name each):*

[ ] Continued on Attachment 5c.

d. [ ] for cross-defendant *(name each):*

6. **Amount.**

a. [x] Defendant named in item 5a above must pay plaintiff on the complaint

| | |
|---|---|
| (1) [x] Damages | $ 15,407,573.84 |
| (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ |
| (4) [x] Costs | $ 435.00 |
| (5) [ ] Other *(specify):* | $ |
| (6) **TOTAL** | $ 15,408,008.84 |

c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint

| | |
|---|---|
| (1) [ ] Damages | $ |
| (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ |
| (4) [ ] Costs | $ |
| (5) [ ] Other *(specify):* | $ |
| (6) **TOTAL** | $ |

b. [ ] Plaintiff to receive nothing from defendant named in item 5b.

[ ] Defendant named in item 5b to recover costs: $

[ ] and attorney fees: $

d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.

[ ] Cross-defendant named in item 5d to recover costs: $

[ ] and attorney fees: $

7. [ ] Judgment debtor is a natural person, and as provided in the relevant statute,

$ of this judgment is on a claim related to medical expenses (Code Civ. Proc., §§ 683.110, 685.010)

$ of this judgment is on a claim related to personal debt (Code Civ. Proc., §§ 683.110, 685.010), which includes: $ concerning consumer debt (Code Civ. Proc., § 708.111).

8. [ ] Other *(specify):*

Date: 12/23/2025 [✓] Virginia Keeny [signature]
JUDICIAL OFFICER

Date: [ ] Clerk, by ______________________________, Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by ______________________________, Deputy

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 2 pages.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: JAN 2 3 2026 By: ________, Deputy

Jose Hernandez