# EXHIBIT 3

Notice of Entry of Judgment and proof of service (Jan. 6, 2026)

CIV-130

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 240344
NAME: Michael Wallin
FIRM NAME: Wallin & Russell LLP
STREET ADDRESS: 26000 Towne Centre Drive Suite 130
CITY: Foothill Ranch STATE: CA ZIP CODE: 92610
TELEPHONE NO.: 949-652-2202 FAX NO.: 949-652-2210
EMAIL ADDRESS: mwallin@wallinrussell.com
ATTORNEY FOR *(name)*: ACI International

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: ACI International
DEFENDANT/RESPONDENT: My Pillow, Inc., et al.

*FOR COURT USE ONLY*

**Electronically FILED by Superior Court of California, County of Los Angeles 1/07/2026 8:51 AM David W. Slayton, Executive Officer/Clerk of Court, By S. Bolden, Deputy Clerk**

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

CASE NUMBER: 25STCV24839

***(Check one):*** [X] **UNLIMITED CASE** (Amount demanded exceeded $35,000) [ ] **LIMITED CASE** (Amount demanded was $35,000 or less)

**TO ALL PARTIES :**

1. A judgment, decree, or order was entered in this action on *(date)*: December 23, 2025

2. A copy of the judgment, decree, or order is attached to this notice.

Date: January 6, 2026

Michael Wallin
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ Mwallin
(SIGNATURE)

**CIV-130**

| PLAINTIFF/PETITIONER: ACI International<br>DEFENDANT/RESPONDENT: My Pillow, Inc., et al. | CASE NUMBER:<br>25STCV24839 |
|---|---|

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF ENTRY OF JUDGMENT OR ORDER

***(NOTE: You cannot serve the* Notice of Entry of Judgment or Order *if you are a party in the action. The person who served the notice must complete this proof of service.)***

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*
26000 Towne Centre Drive, Suite 130, Foothill Ranch, CA 92610

2. I served a copy of the *Notice of Entry of Judgment or Order* by enclosing it in a sealed envelope with postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☒ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Entry of Judgment or Order* was mailed:
   a. on *(date):* January 6, 2026
   b. from *(city and state):* Foothill Ranch, CA

4. The envelope was addressed and mailed as follows:
   a. Name of person served:
   My Pillow, Inc.
   Street address: 1550 Audubon Road
   City: Chaska
   State and zip code: MN 55138

   b. Name of person served:
   Street address:
   City:
   State and zip code:

   c. Name of person served:
   Street address:
   City:
   State and zip code:

   d. Name of person served:
   Street address:
   City:
   State and zip code:

   ☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 6, 2026

Michael Wallin
(TYPE OR PRINT NAME OF DECLARANT)

▶ [signature]
(SIGNATURE OF DECLARANT)

Electronically Received 10/27/2025 11:02 AM

**JUD-100**

ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: 240344
NAME: Michael Wallin
FIRM NAME: Wallin & Russell LLP
STREET ADDRESS: 26000 Towne Centre Drive Suite 130
CITY: Foothill Ranch STATE: CA ZIP CODE: 92610
TELEPHONE NO.: 949-652-2202 FAX NO.: 949-652-2210
EMAIL ADDRESS: mwallin@wallinrussell.com
ATTORNEY FOR (*name*): ACI International

*FOR COURT USE ONLY*

**FILED**
Superior Court of California
County of Los Angeles
12/23/2025
David W. Slayton, Executive Officer / Clerk of Court
By: P. Boyadzhyan Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: ACI International
DEFENDANT: MyPillow, Inc., et al.

## JUDGMENT

☐ **By Clerk** ☐ **By Default** ☐ **After Court Trial**
☒ **By Court** ☐ **On Stipulation** ☐ **Defendant Did Not Appear at Trial**

CASE NUMBER: 25STCV24839

## JUDGMENT

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).
2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court ☐ the stipulation was stated on the record.
3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by
      ☐ plaintiff *(name each):*
      (1)
      (2)
      ☐ plaintiff's attorney *(name each):*
      (1)
      (2)
      ☐ Continued on Attachment 3b.
      ☐ defendant *(name each):*
      (1)
      (2)
      ☐ defendant 's attorney *(name each):*
      (1)
      (2)
      ☐ Continued on Attachment 3b.
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

**JUD-100**

| PLAINTIFF: ACI International<br>DEFENDANT: MyPillow, Inc., et al. | CASE NUMBER:<br>25STCV24839 |
|---|---|

**JUDGMENT IS ENTERED BY** [x] **THE COURT** [ ] **THE CLERK** **AS FOLLOWS:**

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [x] for plaintiff *(name each):*
ACI International, a California corporation

and against defendant *(names):*
My Pillow, Inc., a Minnesota corporation

[ ] Continued on Attachment 5a.

b. [ ] for defendant *(name each):*

c. [ ] for cross-complainant *(name each):*

and against cross-defendant *(name each):*

[ ] Continued on Attachment 5c.

d. [ ] for cross-defendant *(name each):*

6. **Amount.**

a. [x] Defendant named in item 5a above must pay plaintiff on the complaint

| | |
|---|---|
| (1) [x] Damages | $ 15,407,573.84 |
| (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ |
| (4) [x] Costs | $ 435.00 |
| (5) [ ] Other *(specify):* | $ |
| (6) **TOTAL** | $ 15,408,008.84 |

c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint

| | |
|---|---|
| (1) [ ] Damages | $ |
| (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ |
| (4) [ ] Costs | $ |
| (5) [ ] Other *(specify):* | $ |
| (6) **TOTAL** | $ |

b. [ ] Plaintiff to receive nothing from defendant named in item 5b.

[ ] Defendant named in item 5b to recover costs: $

[ ] and attorney fees: $

d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.

[ ] Cross-defendant named in item 5d to recover costs: $

[ ] and attorney fees: $

7. [ ] Judgment debtor is a natural person, and as provided in the relevant statute,
$ of this judgment is on a claim related to medical expenses (Code Civ. Proc., §§ 683.110, 685.010)
$ of this judgment is on a claim related to personal debt (Code Civ. Proc., §§ 683.110, 685.010), which includes: $ concerning consumer debt (Code Civ. Proc., § 708.111).

8. [ ] Other *(specify):*

Date: 12/23/2025 [✓] Virginia Keeny [signature]
JUDICIAL OFFICER

Date: [ ] Clerk, by ______________________, Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by ______________________, Deputy