# EXHIBIT 5

Amazon memorandum of garnishee identifying competing claimants

AT-167 / EJ-152

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and Address)*:<br>**Wallin & Russell LLP**<br>**26000 Towne Centre Dr Ste 130**<br>**Foothill Ranch, CA 92610**<br>TELEPHONE NO.: **Daytime: (949) 652-2202** FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*: **ACI International, a California corporation** | FOR RECORDER USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Los Angeles**<br>STREET ADDRESS: **111 North Hill Street**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **Los Angeles, CA 90012**<br>BRANCH NAME: **Los Angeles County, Stanley Mosk Courthouse** | LEVYING OFFICER (NAME AND ADDRESS):<br>Sacramento County Sheriff's Office<br>Sheriff's Civil Bureau<br>2969 Prospect Park Drive, Suite 200<br>Rancho Cordova, CA 95670 |
| PLAINTIFF/PETITIONER: **ACI International**<br>DEFENDANT/RESPONDENT: **My Pillow, Inc., et al.** | COURT CASE NUMBER:<br>**25STCV24839** |
| **AMENDED MEMORANDUM OF GARNISHEE**<br>**(Attachment - Enforcement of Judgment)** | LEVYING OFFICER FILE NUMBER:<br>**2026001183** |

**NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.**

**- RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER -**

**This memorandum does *not* apply to garnishment of earnings.**

1. a. Garnishee (name): Amazon Payments, Inc.
   b. Address: c/o CSC - Lawyers Incorporating Service
   2710 Gateway Oaks Dr #150
   Sacramento, CA 95833

2. Judgment Debtor (name): My Pillow, Inc., a Minnesota corporation

3. ☐ *(Check if applicable)* The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

Garnishee Amazon Payments, Inc. ("Amazon") amends its response to the Notice of Levy dated January 16, 2026 received in this action as follows: Following a reasonable search, Amazon identified and restrained two (2) third-party seller accounts for judgment debtor My Pillow, Inc. with respective balances of $177,079.25 and $0.00, which are subject to change based on additional sales, returns, chargebacks, and other contractual obligations (collectively the "Disputed Funds"). Amazon's affiliate Amazon.com, Inc. received notice of a competing UCC lien for the Disputed Funds from MJMPL LLC and MJMP Consulting LLC who have provided the following contact information: MJMPL LLC, Attn: Eli Golshteyn, 32300 Northwestern Hwy, Suite 215, Farmington Hills, MI 48334, c/o Noel J. Ravenscroft, Ravenscroft Law Group, PLC, (586) 588-4274, noel@ravenscroftlaw.com. Amazon takes no position with respect to and requests judicial direction as to distribution of the Disputed Funds. Amazon reserves all rights and defenses to the notice from MJMPL LLC and MJMP Consulting LLC, including improper service.

5. **For writ of execution only.** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

See response to Item 4, above.

*(Continued on reverse)*

**RETURN TO LEVYING OFFICER**

AT-167 / EJ-152

| SHORT TITLE: ACI International vs My Pillow, Inc., et al. | LEVYING OFFICER FILE NO.: 2026001183 | COURT CASE NO.: 25STCV24839 |
|---|---|---|

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

See response to Item 4, above.

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and

See response to Item 4, above.

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

See response to Item 4, above.

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

See response to Item 4, above.

**DECLARATION OF GARNISHEE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Date:** January 29, 2026

DAVIS WRIGHT TREMAINE, LLP

Steven Caplow, Counsel to Garnishee and its affiliates ▶ S/ *Steven Caplow*

(TYPE OR PRINT NAME) (SIGNATURE)

**If you need more space to provide the information required by this memorandum, you may attach additional pages.**

☐ **Total number of pages attached:**