# EXHIBIT 6

Email, M. Wallin to M. Lindell (Jan. 15, 2026) - document request

From: Michael Wallin <mwallin@wallinrussell.com>

Sent: Thursday, January 15, 2026 12:01 PM (Pacific)

To: mike@mypillow.com

Cc: Daniel Wall <dwall@wallinrussell.com>; Michael Jarzyna <mjarzyna@wallinrussell.com>

Subject: ACI Judgment

Attachments: My Pillow - Judgment Entered 12-23-25.pdf

Mike,

Good talking to you today. Please email us these documents:

1. MyPillow’s monthly bank statements from January 1, 2025 to the present.
2. MyPillow’s most recent profit/loss statement.
3. MyPillow’s most recent balance sheet.

ACI will not use these documents for any purpose other than collecting its judgment.

To make sure there is no confusion, ACI’s judgment collection efforts will continue forward unless a resolution agreement is fully signed.

Mike

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com