# EXHIBIT 7

Email, M. Wallin to M. Lindell (Jan. 20, 2026) - settlement proposal

From: Michael Wallin <mwallin@wallinrussell.com>

Sent: Tuesday, January 20, 2026 4:47 PM (Pacific)

To: mike@mypillow.com

Cc: Daniel Wall <dwall@wallinrussell.com>; Michael Jarzyna <mjarzyna@wallinrussell.com>

Subject: RE: ACI Judgment

Mike,

Contingent on signing of mutually acceptable documents, my client is willing to deem the judgment satisfied if it receives:

1. $1,000,000 by 1/23/26;
2. $500,000 by 2/15/26;
3. $500,000 by 3/15/26;
4. $500,000 by 4/15/26; and
5. Thereafter, $250,000 per month until the judgment is paid in full.
6. ACI to receive the above-stated payments directly from Amazon and other sellers. MyPillow to sign irrevocable payment instructions, as requested by ACI, to be delivered to Amazon, etc.
7. You to personally guaranty MyPillow's obligation on the judgment.
8. If we sign mutually acceptable documents, ACI receives the initial payment, and the payment instructions are accepted by Amazon, etc., ACI to forbear from further enforcing the judgment so long as payments are received as set forth above.

Please let me know. To make sure there is no confusion, ACI's judgment collection efforts will continue forward unless a resolution agreement is fully signed.

Mike

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com

**From:** Michael Wallin
**Sent:** Thursday, January 15, 2026 12:02 PM
**To:** mike@mypillow.com
**Cc:** Daniel Wall <dwall@wallinrussell.com>; Michael Jarzyna <mjarzyna@wallinrussell.com>
**Subject:** ACI Judgment

Mike,

Good talking to you today. Please email us these documents:

1. MyPillow's monthly bank statements from January 1, 2025 to the present.
2. MyPillow's most recent profit/loss statement.
3. MyPillow's most recent balance sheet.

ACI will not use these documents for any purpose other than collecting its judgment.

To make sure there is no confusion, ACI's judgment collection efforts will continue forward unless a resolution agreement is fully signed.

Mike

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com