# EXHIBIT 8

My Pillow, Inc. Balance Sheet as of November 30, 2025 (generated Jan. 20, 2026) - REDACTED

**REDACTED**

11:19 AM
01/20/26
Accrual Basis

# My Pillow, Inc.
## Balance Sheet
### As of November 30, 2025

| | Nov 30, 25 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| 1007 · FNB Pasco - Checking | [redacted] |
| 1008 · CBB - MP Checking | |
| 1017 · Bank MI - My Pillow Inc | |
| 1019 · Bank MI - MJL 356 LLC | |
| 1020 · Bank MI - MP Distribution LLC | |
| 1021 · Bank MI - Aviation | |
| 1022 · Bank MI - Rev Capital | |
| 1023 · Bank MI - Rev7 | |
| 1026 · Petty Cash | |
| 1031 · RBC (CAD) x3698 | |
| 1035 · GBC International Bank | |
| Total Checking/Savings | [redacted] |
| Accounts Receivable | |
| 1100 · Accounts Receivable | [redacted] |
| Total Accounts Receivable | [redacted] |
| Other Current Assets | |
| 1105 · A/R - Bad Debt Reserve | [redacted] |
| 1220 · Employee Cash Advances | |
| 1225 · Note Receivable | |
| 1227 · Note Receivable - P2J Leasing | |
| 1230 · Inventory | |
| 1210 · *Inventory Asset | [redacted] |
| 1231 · Inventory - Raw Materials | [redacted] |
| 1232 · Inventory - Finished Goods | |
| 1233 · Inventory - SkuVault | |
| 1236 · Inventory - Consigned | |
| 1237 · Inventory - Intransit | |
| 1246 · Inventory Adj 263 | |
| 1248 · Inventory - Return Reserve | |
| 1230 · Inventory - Other | |
| Total 1230 · Inventory | [redacted] |
| 1295 · Prepaid Shareholder Composite T | [redacted] |
| Total Other Current Assets | [redacted] |
| Total Current Assets | [redacted] |
| Fixed Assets | |
| 1700 · Building Improvement | [redacted] |
| 1705 · Buildings | |
| 1710 · Machinery & Equipment | |
| 1720 · Furniture and Fixtures | |
| 1730 · Vehicles | |
| 1745 · Intangible Assets | |
| 1760 · Accumulated Depreciation | |
| Total Fixed Assets | [redacted] |
| Other Assets | |
| 1800 · Deposits | |
| 1801 · Utilities - Chaska | [redacted] |
| 1802 · Rent Security Deposit | |
| 1804 · Deposit - Shakopee Utilities | |
| 1805 · Retainer Fees - Legal | |
| 1806 · Other Deposits | |
| Total 1800 · Deposits | [redacted] |

11:19 AM
01/20/26
Accrual Basis

# My Pillow, Inc.
# Balance Sheet
## As of November 30, 2025

| | Nov 30, 25 |
|---|---|
| 1810 · ME | [redacted] |
| 1900 · Loan From Company | [redacted] |
| 1901 · Loan From Company - Other | [redacted] |
| 1954 · Loan- Canada ULC | [redacted] |
| 1965 · Related Party Loans (Net) | [redacted] |
| Total Other Assets | [redacted] |
| TOTAL ASSETS | [redacted] |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 · Accounts Payable | [redacted] |
| Total Accounts Payable | [redacted] |
| Credit Cards | |
| 2010 · Corp AMEX Payable | [redacted] |
| Total Credit Cards | [redacted] |
| Other Current Liabilities | |
| 2003 · GST/HST Payable | [redacted] |
| 2100 · Loan Payable - Others | |
| 2118 · US Alliance | [redacted] |
| 2119 · BS CC | [redacted] |
| 2120 · TT CC | [redacted] |
| 2122 · Wing Lake | [redacted] |
| 2100 · Loan Payable - Others - Other | [redacted] |
| Total 2100 · Loan Payable - Others | [redacted] |
| 2194 · MN Income Tax Accrued | [redacted] |
| 2300 · Other Accrued Liabilities | |
| 2160 · Sales Tax Payable | [redacted] |
| Total 2300 · Other Accrued Liabilities | [redacted] |
| Total Other Current Liabilities | [redacted] |
| Total Current Liabilities | [redacted] |
| Long Term Liabilities | |
| 1950 · Related Party Loans (Net Asset) | |
| 1951 · Loan - MyStore | [redacted] |
| 1952 · Loan - Lindell Management | [redacted] |
| 1955 · Loan - Foundation | [redacted] |
| 1956 · Loan - Lindell Publishing | [redacted] |
| 1958 · FrankSpeech | [redacted] |
| 1960 · Lindell Recovery Network | [redacted] |
| 1961 · Loan - Lindell Foundation Outre | [redacted] |
| 1950 · Related Party Loans (Net Asset) - Other | [redacted] |
| Total 1950 · Related Party Loans (Net Asset) | [redacted] |
| 2217 · Loan ONB | [redacted] |
| 2220 · Loan - USAG | [redacted] |
| 2221 · Loan - LS Mills | [redacted] |
| Total Long Term Liabilities | [redacted] |
| Total Liabilities | [redacted] |

# My Pillow, Inc.
## Balance Sheet
### As of November 30, 2025

| | Nov 30, 25 |
|---|---|
| **Equity** | |
| 2500 · Shareholder Distributions | [redacted] |
| 2530 · Capital Stock | [redacted] |
| 2535 · Shareholder Paid in Capital | [redacted] |
| 2540 · Treasury Stock | [redacted] |
| 2555 · ERC Credit Received | [redacted] |
| 2560 · Retained Earnings | [redacted] |
| Net Income | [redacted] |
| **Total Equity** | [redacted] |
| **TOTAL LIABILITIES & EQUITY** | [redacted] |