# EXHIBIT 9

Email, M. Lindell to C. Hardy (Jan. 21, 2026) forwarding six Bank Michigan statements (July-December 2025)

**REDACTED**

**From:**Anna Liau <aliau@aciint.com>

**Sent:**Wednesday, January 21, 2026 1:32 PM (Pacific)

**To:**Michael Wallin <mwallin@wallinrussell.com>

**Subject:**Fw: Bank Michigan - MP Bank Statements

**Attachments:**2025 - 07.pdf; 2025 - 08.pdf; 2025 - 09.pdf; 2025 - 10.pdf; 2025 - 11.pdf; 2025 - 12.pdf

From: Mike Lindell <mike@mypillow.com>
Sent: Wednesday, January 21, 2026 1:22 PM
To: Craig Hardy <chardy@aciint.com>
Subject: Fwd: Bank Michigan - MP Bank Statements

Mike Lindell

CEO My Pillow, Inc

Begin forwarded message:

From: Stephanie Benson <stephanie@mypillow.com <mailto:stephanie@mypillow.com> >
Date: January 21, 2026 at 3:15:23 PM CST
To: Mike Lindell <mike@mypillow.com <mailto:mike@mypillow.com> >
Subject: Bank Michigan - MP Bank Statements

Stephanie (Benson) Wickenhauser

Controller | MyPillow Inc.

952.826.8634 | e: Stephanie@MyPillow.com <mailto:Stephanie@MyPillow.com>

1550 Audubon Road | Chaska, MN | 55318

Caution: This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

07/31/25

[redacted]

PG 1

1
*** CHECKING *** SM BUSINESS ANALYZED CYCLE-001
ACCOUNT NUMBER [redacted]
PREVIOUS STATEMENT BALANCE AS OF 06/30/25 .......................... [redacted]
CURRENT STATEMENT BALANCE AS OF 07/31/25 ..........................
NUMBER OF DAYS IN THIS STATEMENT PERIOD 31

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 2

07/31/25

[redacted]

PG 2

1 CYCLE-001

----------------------------------------------------------------------------------

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318



07/31/25

[redacted]

PG 3

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 4

07/31/25

[redacted]

PG 4

1 CYCLE-001

---

[redacted]

[redacted]

[redacted]

# *Checkbook Reconciliation*

*Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Enter*

BALANCE THIS STATEMENT $ ____________

DEPOSITS
(NOT CREDITED ON THIS STATEMENT) ____________

____________

____________

*Subtract*

CHECKS OUTSTANDING ____________

*Balance* $ ____________

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at BANK MICHIGAN, 417 S. MAIN P.O BOX 738, BROOKLYN, MICHIGAN 49230 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your outstanding balance that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (517) 592-3205 or write us at BANK MICHIGAN, 417 S. MAIN P.O. BOX 738, BROOKLYN, MICHIGAN 49230 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer, on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or transact you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

08/31/25

[redacted]

PG 1

1 CYCLE-001
*** CHECKING *** SM BUSINESS ANALYZED
ACCOUNT NUMBER [redacted]
PREVIOUS STATEMENT BALANCE AS OF 07/31/25 ........................ [redacted]
CURRENT STATEMENT BALANCE AS OF 08/31/25 .......................... 
NUMBER OF DAYS IN THIS STATEMENT PERIOD 31

------------------------------------------------------------------------------------

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 2

08/31/25

[redacted]

PG 2

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 3

08/31/25

[redacted]

PG 3

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 4

08/31/25

[redacted]

PG 4

1 CYCLE-001

---

[redacted]

bank MICHIGAN

**MY PILLOW, INC**
**Account:** [redacted]
**Page:** 5



1233

My Pillow, Inc.
1550 Audubon Road
Chaska, MN 55318

BANK MICHIGAN
74-774/724

2/13/2025

PAY TO THE ORDER OF Janelle Gouras $ **110.18

One Hundred Ten and 18/100******************************** DOLLARS

Janelle Gouras
1203 SW 156th St
Burien WA 98166

MEMO

AUTHORIZED SIGNATURE

⑈001233⑈ ⑆072407741⑆ 31 00696 8⑈

**1233 08/22/2025** [redacted]

# *Checkbook Reconciliation*

*Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Enter*

BALANCE THIS STATEMENT $ ______

DEPOSITS
(NOT CREDITED ON THIS STATEMENT) ______

______

______

*Subtract*

CHECKS OUTSTANDING ______

*Balance* $ ______

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at BANK MICHIGAN, 417 S. MAIN P.O BOX 738, BROOKLYN, MICHIGAN 49230 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your outstanding balance that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (517) 592-3205 or write us at BANK MICHIGAN, 417 S. MAIN P.O. BOX 738, BROOKLYN, MICHIGAN 49230 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer, on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or transact you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

09/30/25

[redacted]

PG 1

5 CYCLE-001

*** CHECKING *** SM BUSINESS ANALYZED
ACCOUNT NUMBER [redacted]
PREVIOUS STATEMENT BALANCE AS OF 08/31/25 ........................ [redacted]
CURRENT STATEMENT BALANCE AS OF 09/30/25 ......................... [redacted]
NUMBER OF DAYS IN THIS STATEMENT PERIOD 30

--------------------------------------------------------------------------------

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318



09/30/25

[redacted]

PG 2

5

CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 3

09/30/25

[redacted]

PG 3

5 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 4

09/30/25

[redacted]

PG 4

5 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
Account: [redacted]
Page: 5

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MyPillow
MY PILLOW, INC.
1550 AUDUBON ROAD
CHASKA, MN 55318

75-774/724
Payroll check number: 0000096706
Pay date: 09/12/2025

Pay to the order of: AVERY L FRANKLIN
This amount: ONE THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS $1700.00

BANK MICHIGAN
417 S. MAIN ST
PO BOX 738
BROOKLYN, MI 49230

⑈00096706⑈ ⑆072407741⑆ 31 00696 8⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

96706 09/22/2025 [redacted]

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MyPillow
MY PILLOW, INC.
1550 AUDUBON ROAD
CHASKA, MN 55318

75-774/724
Payroll check number: 0000096707
Pay date: 09/12/2025

Pay to the order of: MADELINE M TAYLOR
This amount: FOUR THOUSAND TWENTY TWO AND 05/100 DOLLARS $4022.05

BANK MICHIGAN
417 S. MAIN ST
PO BOX 738
BROOKLYN, MI 49230

⑈00096707⑈ ⑆072407741⑆ 31 00696 8⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

96707 09/29/2025 [redacted]

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MyPillow
MY PILLOW, INC.
1550 AUDUBON ROAD
CHASKA, MN 55318

75-774/724
Payroll check number: 0000096708
Pay date: 09/12/2025

Pay to the order of: ADAM C COFFING
This amount: ONE HUNDRED NINETY AND 00/100 DOLLARS $190.00

BANK MICHIGAN
417 S. MAIN ST
PO BOX 738
BROOKLYN, MI 49230

⑈00096708⑈ ⑆072407741⑆ 31 00696 8⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

96708 09/25/2025 [redacted]

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MyPillow
MY PILLOW, INC.
1550 AUDUBON ROAD
CHASKA, MN 55318

75-774/724
Payroll check number: 0000096709
Pay date: 09/12/2025

Pay to the order of: MARK LEON
This amount: TWO HUNDRED FORTY AND 00/100 DOLLARS $240.00

BANK MICHIGAN
417 S. MAIN ST
PO BOX 738
BROOKLYN, MI 49230

⑈00096709⑈ ⑆072407741⑆ 31 00696 8⑈

96709 09/22/2025 [redacted]

MY PILLOW, INC.
1550 AUDUBON ROAD
CHASKA, MN 55318

75-774/724
Payroll check number: 0000096710
Pay date: 09/12/2025

Pay to the order of: CHARLES LINDELL
This amount: FIVE HUNDRED FIFTY AND 79/100 DOLLARS $550.79

BANK MICHIGAN
417 S. MAIN ST
PO BOX 738
BROOKLYN, MI 49230

⑈00096710⑈ ⑆072407741⑆ 31 00696 8⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

96710 09/19/2025 [redacted]

# *Checkbook Reconciliation*

*Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Enter*

BALANCE THIS STATEMENT $ ______________

DEPOSITS
(NOT CREDITED ON THIS STATEMENT) ______________

______________

______________

*Subtract*

CHECKS OUTSTANDING ______________

*Balance* $ ______________

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at BANK MICHIGAN, 417 S. MAIN P.O BOX 738, BROOKLYN, MICHIGAN 49230 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your outstanding balance that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (517) 592-3205 or write us at BANK MICHIGAN, 417 S. MAIN P.O. BOX 738, BROOKLYN, MICHIGAN 49230 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer, on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or transact you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

10/31/25

[redacted]

PG 1

3 CYCLE-001
*** CHECKING *** SM BUSINESS ANALYZED
ACCOUNT NUMBER [redacted]
PREVIOUS STATEMENT BALANCE AS OF 09/30/25 ........................ [redacted]
[redacted]
CURRENT STATEMENT BALANCE AS OF 10/31/25 .........................
NUMBER OF DAYS IN THIS STATEMENT PERIOD 31

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 2

10/31/25

[redacted]

PG 2

3 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 3

10/31/25

[redacted]

PG 3

3 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318



10/31/25

[redacted]

PG 4

3 CYCLE-001

--------------------------------------------------------------------------------

*** BALANCE BY DATE ***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/30 | [redacted] | 10/01 | [redacted] | 10/02 | [redacted] | 10/03 | [redacted] |
| 10/06 | | 10/07 | | 10/08 | | 10/09 | |
| 10/10 | | 10/14 | | 10/15 | | 10/16 | |
| 10/17 | | 10/20 | | 10/21 | | 10/22 | |
| 10/23 | | 10/24 | | 10/27 | | 10/28 | |
| 10/29 | | 10/30 | | 10/31 | | | |

REQUIRED PRIVACY NOTICE
OUR REQUIRED PRIVACY NOTICE CAN BE FOUND AT:
HTTPS://WWW.BANKMICHIGAN.BANK/PRIVACY-NOTICE

bank MICHIGAN

**MY PILLOW, INC**
**Account:** [redacted]
**Page:** 5

1320

My Pillow, Inc.
1550 Audubon Road
Chaska, MN 55318

BANK MICHIGAN
74-774/724

3/26/2025

PAY TO THE ORDER OF Stophate LLC $ **132.06

One Hundred Thirty-Two and 06/100******** DOLLARS

Stophate LLC
David Sumrall
1411 Willow Lane
Rockwall, TX 75087

MEMO

AUTHORIZED SIGNATURE

⑈001320⑈ ⑆072407741⑆ 31 00696 8⑈

1320 10/22/2025 [redacted]

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

75-774/724

MY PILLOW, INC.
1550 AUDUBON ROAD
CHASKA, MN 55318

Payroll check number: 0000096711
Pay date: 09/12/2025

Pay to the order of: KATHRYN LINDELL

This amount: ONE HUNDRED SEVENTY SIX AND 23/100 DOLLARS $176.23

BANK MICHIGAN
417 S. MAIN ST
PO BOX 736
BROOKLYN, MI 49230

⑈00096711⑈ ⑆072407741⑆ 31 00696 8⑈

96711 10/06/2025 [redacted]

# *Checkbook Reconciliation*

*Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |

*Enter*

BALANCE THIS STATEMENT $ ______________

DEPOSITS
(NOT CREDITED ON THIS STATEMENT) ______________

______________

______________

*Subtract*

CHECKS OUTSTANDING ______________

*Balance* $ ______________

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at BANK MICHIGAN, 417 S. MAIN P.O BOX 738, BROOKLYN, MICHIGAN 49230 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your outstanding balance that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (517) 592-3205 or write us at BANK MICHIGAN, 417 S. MAIN P.O. BOX 738, BROOKLYN, MICHIGAN 49230 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer, on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or transact you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

11/30/25

[redacted]

PG 1

2 CYCLE-001
*** CHECKING *** SM BUSINESS ANALYZED
ACCOUNT NUMBER [redacted]
PREVIOUS STATEMENT BALANCE AS OF 10/31/25 ........................ [redacted]
[redacted]
CURRENT STATEMENT BALANCE AS OF 11/30/25 .........................
NUMBER OF DAYS IN THIS STATEMENT PERIOD 30

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 2

11/30/25

[redacted]

PG 2

2

CYCLE-001

------------------------------------------------------------------------------------

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 3

11/30/25

[redacted]

PG 3

2

CYCLE-001

------------------------------------------------------------

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 4

11/30/25

[redacted]

PG 4

2 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318



11/30/25

[redacted]

PG 5

2 CYCLE-001

---

*** BALANCE BY DATE ***

11/25 [redacted] 11/26 [redacted] 11/28 [redacted]

REQUIRED PRIVACY NOTICE
OUR REQUIRED PRIVACY NOTICE CAN BE FOUND AT:
HTTPS://WWW.BANKMICHIGAN.BANK/PRIVACY-NOTICE

# *Checkbook Reconciliation*

*Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Enter*

BALANCE THIS STATEMENT $ ______________

DEPOSITS
(NOT CREDITED ON THIS STATEMENT) ______________

______________

______________

*Subtract*

CHECKS OUTSTANDING ______________

*Balance* $ ______________

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at BANK MICHIGAN, 417 S. MAIN P.O BOX 738, BROOKLYN, MICHIGAN 49230 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your outstanding balance that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (517) 592-3205 or write us at BANK MICHIGAN, 417 S. MAIN P.O. BOX 738, BROOKLYN, MICHIGAN 49230 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer, on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or transact you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

12/31/25
[redacted]

PG 1

1
*** CHECKING *** SM BUSINESS ANALYZED CYCLE-001
ACCOUNT NUMBER [redacted]
PREVIOUS STATEMENT BALANCE AS OF 11/30/25 ........................ [redacted]
CURRENT STATEMENT BALANCE AS OF 12/31/25 ........................
NUMBER OF DAYS IN THIS STATEMENT PERIOD 31

--------------------------------------------------------------------------------

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 2

12/31/25

[redacted]

PG 2

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 3

12/31/25

[redacted]

PG 3

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 4

12/31/25

[redacted]

PG 4

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 5

12/31/25

[redacted]

PG 5

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 6

12/31/25

[redacted]

PG 6

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318



12/31/25

[redacted]

PG 7

1 CYCLE-001

---

[redacted]

bank MICHIGAN

MY PILLOW, INC
1550 AUDUBON ROAD
CHASKA MN 55318

PAGE 8

12/31/25

[redacted]

PG 8

1 CYCLE-001

---

[redacted]

# *Checkbook Reconciliation*

*Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Enter*

BALANCE THIS STATEMENT $ ____________

DEPOSITS
(NOT CREDITED ON THIS STATEMENT) ____________

____________

____________

*Subtract*

CHECKS OUTSTANDING ____________

*Balance* $ ____________

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at BANK MICHIGAN, 417 S. MAIN P.O BOX 738, BROOKLYN, MICHIGAN 49230 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your outstanding balance that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (517) 592-3205 or write us at BANK MICHIGAN, 417 S. MAIN P.O. BOX 738, BROOKLYN, MICHIGAN 49230 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer, on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or transact you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.