# EXHIBIT 11

Emails, B. Berens to ACI (Jan. 21, 2026), "FW: Filings under seal" and "Rule 408 Communications"

**From:**Anna Liau <aliau@aciint.com>

**Sent:**Wednesday, January 21, 2026 12:30 PM (Pacific)

**To:**Michael Wallin <mwallin@wallinrussell.com>

**Subject:**Fw: Filings under seal

**Attachments:**Kachouroff Decl. exhibit 1.pdf; 2026.01.19 Lindell Declaration for Show Cause.pdf; Kachouroff Decl..pdf; Kachouroff Decl. exhibit 2.pdf; 2026.01.19 Final Brief Order to Show Cause.pdf

---

From: Barbara Berens <bberens@berensmiller.com>
Sent: Wednesday, January 21, 2026 12:05 PM
To: Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>
Cc: Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
Subject: FW: Filings under seal

To all: here are the filings in the D.C. case from January 19, 2026. I will also send you via separate email Mike's declaration and exhibits from April 18, 2025, which are also referred to in these filings. Thanks, Barbara

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this

transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.

Caution: This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.

**From:** Anna Liau <aliau@aciint.com>

**Sent:** Wednesday, January 21, 2026 12:31 PM (Pacific)

**To:** Michael Wallin <mwallin@wallinrussell.com>

**Subject:** Fw: Rule 408 Communications

**Attachments:** dkt #236 - Lindell declarationand exhibits FILED UNDER SEAL - not file stamped but sent from counsel.pdf

---

From: Barbara Berens <bberens@berensmiller.com>
Sent: Wednesday, January 21, 2026 12:09 PM
To: Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>
Cc: Mike Lindell <mike@mypillow.com>; Ali Warden <ali@mypillow.com>
Subject: Rule 408 Communications

To all, here are the Lindell declaration and exhibits referred to in the January 19, 2026 filings in the D.C. case. Bank statements to follow. Thanks, Barbara

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.

Caution: This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.