# EXHIBIT 13

Email, A. Warden to ACI (Jan. 21, 2026, 7:27 p.m. CT), "Please see the attached signed agreement"

**From:** Ali Warden <ali@mypillow.com>

**Sent:** Wednesday, January 21, 2026 5:27 PM (Pacific)

**To:** Michael Wallin <mwallin@wallinrussell.com>; Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>

**Cc:** Mike Lindell <mike@mypillow.com>

**Subject:** RE: Documents

**Attachments:** image001.png; image002.png; MyPIllow, Inc. and ACI Security Agreement.pdf

Hello,

Please see the attached signed agreement.

Thank you,

Ali Warden

Executive Assistant

---

**From:** Michael Wallin <mwallin@wallinrussell.com>
**Sent:** Wednesday, January 21, 2026 4:23 PM
**To:** Anna Liau <aliau@aciint.com>; Barbara Berens <bberens@berensmiller.com>; Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** Re: Documents

**Caution:** This email originated outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Barbara,

Please call me at 949-378-1406.

Mike

---

**From:** Anna Liau <aliau@aciint.com>
**Sent:** Wednesday, January 21, 2026 2:11:40 PM
**To:** Barbara Berens <bberens@berensmiller.com>; Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>; Michael Wallin <mwallin@wallinrussell.com>
**Subject:** Re: Documents

All of this needs to be run by our attorney, Michael Wallin, so please reach out to him to discuss. I've cc'd him here on this email.

---

**From:** Barbara Berens <bberens@berensmiller.com>
**Sent:** Wednesday, January 21, 2026 2:06 PM
**To:** Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** RE: Documents

I am working on the last piece, the agreement, but need to know how much you folks are owed. Thanks, Barbara

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

***WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.***

---

**From:** Barbara Berens
**Sent:** Wednesday, January 21, 2026 1:59 PM
**To:** 'Chardy@aciint.com' <Chardy@aciint.com>; 'sjackson@aciint.com' <sjackson@aciint.com>; 'aliau@aciint.com' <aliau@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** Documents
**Importance:** High

Dear Craig, Steven, and Anna, I will send the requested documents. Please note that the filings in the D.C. case were made under seal so if you would keep those confidential, that would be great. Please let me know if you need additional documentation once you have review these.

Anna, do you have a form agreement you would like us to use for the security agreement? Thanks to all, Barbara

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

***WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.***

---

**From:** Mike Lindell <mike@mypillow.com>
**Sent:** Wednesday, January 21, 2026 1:47 PM
**To:** Barbara Berens <bberens@berensmiller.com>
**Subject:** Fwd: statements

Sent from my iPhone

Begin forwarded message:

**From:** Craig Hardy <chardy@aciint.com>
**Date:** January 21, 2026 at 1:27:38 PM CST
**To:** Mike Lindell <mike@mypillow.com>, Ali Warden <ali@mypillow.com>
**Cc:** Steven Jackson <sjackson@aciint.com>, Anna Liau <aliau@aciint.com>
**Subject: statements**

**Caution:** This email originated outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mike, we can lift the levy on Amazon today but we would request the following documents get sent to us today as well.

1- Last 6 months of bank statements

2- The federal filings discussed this morning on the call that showed to the federal court the financials of MyPillow and yourself.

3- As discussed, a security agreement that if there is a settlement with the government in the Arctic Frost filings (SF-95) and Mypillow received $50million or more that ACI would be paid in full the outstanding debt of $15million. Anything under $50million would be prorated to our debt.

Thanks Craig

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.