# EXHIBIT 15

Emails, M. Wallin and A. Liau (Jan. 22, 2026), "please don't countersign" / "Their agreement was insufficient"

From: Anna Liau <aliau@aciint.com>

Sent: Thursday, January 22, 2026 9:33 AM (Pacific)

To: Craig Hardy <chardy@aciint.com>; Michael Wallin <mwallin@wallinrussell.com>; Steven Jackson <sjackson@aciint.com>

Cc: Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>

Subject: Re: Documents

Not yet. We need to draft agreement for them to countersign. Their agreement was insufficient.

**From:** Craig Hardy <chardy@aciint.com>
**Sent:** Thursday, January 22, 2026 9:14 AM
**To:** Michael Wallin <mwallin@wallinrussell.com>; Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** RE: Documents

Did we lift the levy on Amazon?

**From:** Michael Wallin <mwallin@wallinrussell.com>
**Sent:** Thursday, January 22, 2026 8:59 AM
**To:** Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** RE: Documents

Anna and I just talked. I will draft an agreement for your review. In the meantime, please don’t countersign the agreement MyPillow sent yesterday.

Mike

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com

**From:** Michael Wallin
**Sent:** Thursday, January 22, 2026 8:33 AM
**To:** Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** RE: Documents

Anna,

When you can, please call me to talk about the agreement before I draft it. I can be reached at 949-652-2202. Thanks.

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com

**From:** Steven Jackson <sjackson@aciint.com>
**Sent:** Wednesday, January 21, 2026 8:19 PM
**To:** Anna Liau <aliau@aciint.com>; Michael Wallin <mwallin@wallinrussell.com>; Craig Hardy <chardy@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** Re: Documents

Documents complete today or Thursday

Steven Jackson

Chairman and CEO

ACI International

844 Moraga Drive

Los Angeles, CA 90049

sjackson@aciint.com

Direct (310) 889-3450

Fax (310) 889-3550

**From:** Anna Liau <aliau@aciint.com>
**Sent:** Wednesday, January 21, 2026 4:31:06 PM
**To:** Steven Jackson <sjackson@aciint.com>; Michael Wallin <mwallin@wallinrussell.com>; Craig Hardy <chardy@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** Re: Documents

Without payment? If we're going to agree to delay enforcement for 3 months without payment, should we demand that they provide bank statements for all accounts prior to and during this 3 month hold period? We should demand something even if not payment.

**From:** Steven Jackson <sjackson@aciint.com>
**Sent:** Wednesday, January 21, 2026 4:27 PM
**To:** Michael Wallin <mwallin@wallinrussell.com>; Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** Re: Documents

Accept 3 months

Steven Jackson

Chairman and CEO

ACI International

844 Moraga Drive

Los Angeles, CA 90049

sjackson@aciint.com

Direct (310) 889-3450

Fax (310) 889-3550

**From:** Michael Wallin <mwallin@wallinrussell.com>
**Sent:** Wednesday, January 21, 2026 4:17:53 PM
**To:** Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>
**Cc:** Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
**Subject:** RE: Documents

To make sure I understand, can you please explain what you want us to do?

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com

**From:** Steven Jackson <sjackson@aciint.com>
**Sent:** Wednesday, January 21, 2026 4:13 PM
**To:** Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>; Michael Wallin <mwallin@wallinrussell.com>
**Subject:** Fw: Documents

Spoke to mike for about one additional one hour -Mike seeing trump now 2/18 - Johnson - AG -

Sorry to go against advise-

Let's do 3 months- when everything promised to receive .

Update 2/20/26 -

Any available dollars-

Artic- extra funds available - including Amazon -

ACI front of line - payment- no matter what- please let them know - we receive all documents ?

Agreement ?

Mike hope your mother is ok .

Steven Jackson

Chairman and CEO

ACI International

844 Moraga Drive

Los Angeles, CA 90049

sjackson@aciint.com

Direct (310) 889-3450

Fax (310) 889-3550

**From:** Barbara Berens <bberens@berensmiller.com>
**Sent:** Wednesday, January 21, 2026 2:57 PM
**To:** Michael Wallin <mwallin@wallinrussell.com>
**Cc:** Anna Liau <aliau@aciint.com>; Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>; Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** Re: Documents

I thought I'd relay one more piece of information. If anyone with a prior lien on the Amazon funds, of which there are several, comes forward and slap their prior liens on Amazon, it will take about six months (or more) to get all of that resolved with Amazon. I know because I had to deal with it with Amazon with all the competing lienholders before. Amazon is extraordinarily difficult to deal with and I would think a three month standstill without an Amazon lien and a security agreement is more attractive than six months with no money from Amazon at all. I just wanted you to have that information as well.

On Jan 21, 2026, at 4:22 PM, Michael Wallin <mwallin@wallinrussell.com> wrote:

Barbara,

Please call me at 949-378-1406.

Mike

**From:** Anna Liau <aliau@aciint.com>
**Sent:** Wednesday, January 21, 2026 2:11:40 PM
**To:** Barbara Berens <bberens@berensmiller.com>; Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>; Michael Wallin <mwallin@wallinrussell.com>
**Subject:** Re: Documents

All of this needs to be run by our attorney, Michael Wallin, so please reach out to him to discuss. I've cc'd him here on this email.

**From:** Barbara Berens <bberens@berensmiller.com>
**Sent:** Wednesday, January 21, 2026 2:06 PM
**To:** Craig Hardy <chardy@aciint.com>; Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** RE: Documents

I am working on the last piece, the agreement, but need to know how much you folks are owed. Thanks, Barbara

<image001.png>

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

***WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.***

<image002.png>

**From:** Barbara Berens
**Sent:** Wednesday, January 21, 2026 1:59 PM
**To:** 'Chardy@aciint.com' <Chardy@aciint.com>; 'sjackson@aciint.com' <sjackson@aciint.com>; 'aliau@aciint.com' <aliau@aciint.com>
**Cc:** Ali Warden <ali@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** Documents
**Importance:** High

Dear Craig, Steven, and Anna, I will send the requested documents. Please note that the filings in the D.C. case were made under seal so if you would keep those confidential, that would be great. Please let me know if you need additional documentation once you have review these.

Anna, do you have a form agreement you would like us to use for the security agreement? Thanks to all, Barbara

<image001.png>

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

***WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.***

<image002.png>

**From:** Mike Lindell <mike@mypillow.com>
**Sent:** Wednesday, January 21, 2026 1:47 PM
**To:** Barbara Berens <bberens@berensmiller.com>
**Subject:** Fwd: statements

Sent from my iPhone

Begin forwarded message:

**From:** Craig Hardy <chardy@aciint.com>
**Date:** January 21, 2026 at 1:27:38 PM CST
**To:** Mike Lindell <mike@mypillow.com>, Ali Warden <ali@mypillow.com>
**Cc:** Steven Jackson <sjackson@aciint.com>, Anna Liau <aliau@aciint.com>
**Subject: statements**

**Caution:** This email originated outside of the company. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

Mike, we can lift the levy on Amazon today but we would request the following documents get sent to us today as well.

1- Last 6 months of bank statements

2- The federal filings discussed this morning on the call that showed to the federal court the financials of MyPillow and yourself.

3- As discussed, a security agreement that if there is a settlement with the government in the Arctic Frost filings (SF-95) and Mypillow received $50million or more that ACI would be paid in full the outstanding debt of $15million. Anything under $50million would be prorated to our debt.

Thanks Craig

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.