# EXHIBIT 16

UCC-1 Financing Statement, US Alliance Group Inc., Cal. Sec'y of State File No. U240066792330 (Aug. 21, 2024)

U240066792330

B2984-2336 08/21/2024 2:08 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: U240066792330
Date Filed: 8/21/2024

Submitter Information:

| | |
|---|---|
| Contact Name | LISA POYNER |
| Organization Name | US ALLIANCE GROUP INC |
| Phone Number | (949) 888-4408 |
| Email Address | lisa.poyner@usag-inc.com |
| Address | 29883 SANTA MARGARITA PARKWAY<br>RANCHO SANTA MARGARITA, CA 92688 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| MY PILLOW INC | 1550 AUDUBON<br>CHASKA, MN 55318 |
| MICHAEL LINDELL | 55 CLAY CLIFFE DR<br>EXCELSIOR, MN 55331 |
| MIKE LINDELL PRODUCTS LLC | 1550 AUDUBON ROAD<br>CHASKA, MN 55318 |
| LINDELL LEGAL OFFENSE FUND INC | 502 6TH STREET<br>HUDSON, WI 54016 |
| LINDELL RECOVERY NETWORK | 1550 AUDUBON ROAD<br>CHASKA, MN 55318 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| US ALLIANCE GROUP INC | 29883 SANTA MARGARITA PARKWAY<br>RANCHO SANTA MARGARITA, CA 92688 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

(1) all Future Receivables; (2) all personal property of Seller that relates to the Future Receivables, such as accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory (as those terms are defined in Article 9 of the Uniform
Commercial Code ("UCC") In effect from time to time), trademarks, trade names, service marks, logos and other sources of business identifiers, and all registrations, recordings and applications with the U.S. Patent and Trademark Office ("USPTO") and all renewals, reissues and extensions thereof (collectively "IP"), together with any written agreement granting any right to use any
IP; and (3) all proceeds with respect to the items described in (1) and (2) above, as the term "proceeds" is defined in Article 9 of
the UCC.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:

Not Applicable

Select an alternate Financing Statement type:

Not Applicable

Select an additional alternate Financing Statement type:

Not Applicable

B2984-2337 08/21/2024 2:08 PM Received by California Secretary of State

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect