# EXHIBIT 18

Emails, B. Berens and A. Liau (Jan. 22, 2026), "just following up to see if the levy has been lifted"

From: Anna Liau <aliau@aciint.com>

Sent: Thursday, January 22, 2026 11:30 AM (Pacific)

To: Barbara Berens <bberens@berensmiller.com>

Cc: Michael Wallin <mwallin@wallinrussell.com>

Subject: Re: Amazon

Attachments: image001.jpg (inline); image002.png (inline)

Hi Barbara,

Mike Wallin is working on finalizing the documents needed. He will be forwarding the documents to you shortly.

Anna

**From:** Barbara Berens <bberens@berensmiller.com>
**Sent:** Thursday, January 22, 2026 11:01 AM
**To:** Anna Liau <aliau@aciint.com>
**Subject:** Amazon

Anna, just following up to see if the levy has been lifted. Thanks so much, Barbara

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

***WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.***

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.