# EXHIBIT 20

Email, B. Berens to M. Wallin (Jan. 22, 2026, 4:41 p.m. PT), "Thank you"

**From:**Barbara Berens <bberens@berensmiller.com>

**Sent:**Thursday, January 22, 2026 2:41 PM (Pacific)

**To:**Michael Wallin <mwallin@wallinrussell.com>

**Cc:**Anna Liau <aliau@aciint.com>; Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>

**Subject:**RE: Amazon

Thank you.

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.

From: Michael Wallin <mwallin@wallinrussell.com>
Sent: Thursday, January 22, 2026 4:35 PM

To: Barbara Berens <bberens@berensmiller.com>
Cc: Anna Liau <aliau@aciint.com>; Michael Jarzyna <mjarzyna@wallinrussell.com>; Daniel Wall <dwall@wallinrussell.com>
Subject: RE: Amazon

Barbara,

The documents are attached for your review. They are subject to ACI's review and revision.

Michael Wallin

WALLIN & RUSSELL LLP

26000 Towne Centre Drive, Suite 130

Foothill Ranch, CA 92610

Direct: (949) 652-2202

mwallin@wallinrussell.com <mailto:mwallin@wallinrussell.com>

From: Anna Liau <aliau@aciint.com <mailto:aliau@aciint.com> >
Sent: Thursday, January 22, 2026 11:31 AM
To: Barbara Berens <bberens@berensmiller.com <mailto:bberens@berensmiller.com> >
Cc: Michael Wallin <mwallin@wallinrussell.com <mailto:mwallin@wallinrussell.com> >
Subject: Re: Amazon

Hi Barbara,

Mike Wallin is working on finalizing the documents needed. He will be forwarding the documents to you shortly.

Anna

________________________________

From: Barbara Berens <bberens@berensmiller.com <mailto:bberens@berensmiller.com> >
Sent: Thursday, January 22, 2026 11:01 AM
To: Anna Liau <aliau@aciint.com <mailto:aliau@aciint.com> >
Subject: Amazon

Anna, just following up to see if the levy has been lifted. Thanks so much, Barbara

Barbara Podlucky Berens

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.

Caution: This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.