# EXHIBIT 21

Email, M. Lindell to C. Hardy (Jan. 22, 2026) forwarding the Complaint, and C. Hardy forwarding email to counsel

From: Craig Hardy <chardy@aciint.com>
Sent: Thursday, January 22, 2026 7:43 PM (Pacific)
To: Michael Wallin <mwallin@wallinrussell.com>
Cc: Steven Jackson <sjackson@aciint.com>; Anna Liau <aliau@aciint.com>
Subject: Fwd: 1.22.26 - complaint.pdf
Attachments: image001.png; dkt #2 - my pillow corporate disclosure.pdf; dkt #1 - complaint.pdf; dkt #1-1 - civil cover sheet.pdf

Michael, we are now being sued for not lifting the levy?

iPhone

Begin forwarded message:

**From:** Mike Lindell <mike@mypillow.com>
**Date:** January 22, 2026 at 5:34:45 PM PST
**To:** Craig Hardy <chardy@aciint.com>
**Subject: Fwd: 1.22.26 - complaint.pdf**

Mike Lindell

CEO My Pillow, Inc

Begin forwarded message:

**From:** Nicole Chileen <nchileen@berensmiller.com>
**Date:** January 22, 2026 at 7:14:32 PM CST
**To:** Barbara Berens <bberens@berensmiller.com>, Mike Lindell <mike@mypillow.com>
**Cc:** Jeremiah Pilon <jpilon@mypillow.com>, "Paralegal, Stacy" <paralegal@berensmiller.com>
**Subject: RE: 1.22.26 - complaint.pdf**

**Caution:** This email originated outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Here are file-stamped copies

***Thanks, Nicky***

Nicole McCormick Chileen

Berens & Miller, P.A.

3720 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

612-349-6171

***WARNING: The information contained in this transmission may be privileged and confidential. It is intended only for the above-identified recipient. Do not read, distribute, or reproduce this transmission. If you are not the intended recipient, please forward this transmission to the author and delete all copies. Thank you.***

**From:** Barbara Berens bberens@berensmiller.com
**Sent:** Thursday, January 22, 2026 6:59 PM
**To:** Mike Lindell mike@mypillow.com
**Cc:** Jeremiah Pilon <jpilon@mypillow.com>; Nicole Chileen <nchileen@berensmiller.com>; Nicole Chileen <nchileen@berensmiller.com>
**Subject:** 1.22.26 - complaint.pdf
**Importance:** High

Mike, this is what Nicky is filing right now. I will let you know once the filings have been completed. Thanks!

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact ACI IT Support.