**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

My Pillow, Inc.,

Plaintiff,

v.

ACI International,

Defendant.

Case File No. 26-cv-570 (LMP/DLM)

**DEFENDANT ACI INTERNATIONAL'S LOCAL RULE 7.1(a)(1) MEET AND CONFER STATEMENT**

---

I, Michael Wallin, counsel for Defendant ACI International, certify pursuant to Local Rule 7.1(a) that on August 26, 2026, I met and conferred with Barbara Berens, counsel for Plaintiff My Pillow, Inc., by phone, regarding the ACI International's intent to bring a motion to dismiss all claims in My Pillow, Inc.'s Complaint. The parties do not agree on the resolution of any part of the motion.

**WALLIN & RUSSELL LLP**

Dated: August 31, 2026

By: /s/ Michael Wallin
Michael Wallin (admitted *pro hac vice*)
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
P: (949) 652-2200
mwallin@wallinrussell.com
***Attorneys for Defendant ACI International***